

# NUMBER 13-15-00089-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

**ROBERTO SAVEDRA,**                                      **Appellant,**

**v.**

**THE STATE OF TEXAS,**                                      **Appellee.**

### On appeal from the 24th District Court
### of Jackson County, Texas.

# ORDER ABATING APPEAL

### Before Justices Rodriguez, Garza, and Longoria
### Order Per Curiam

We ABATE the appeal and REMAND the case to the trial court where the judge of the 24th District Court of Jackson County is hereby ordered to conduct a hearing in accordance with Texas Code of Criminal Procedure article 38.22, section 6, to determine the voluntariness of any statement or confession made by appellant and which was introduced into evidence at trial. The hearing shall be conducted within thirty

days of the issuance of this order, or the district court shall inform this Court within thirty days of the issuance of this order of the hearing date. *See* TEX. CODE CRIM. PROC. ANN. art. 38.22, § 6 (West, Westlaw through Ch. 46, 2015 R.S.); *Douglas v. State,* 900 S.W.2d 760, 762 (Tex. App.—Corpus Christi 1995, pet. ref'd) (recognizing that a trial court's failure to make specific factual findings regarding voluntariness of defendant's confession required abatement of defendant's appeal and remand for evidentiary hearing on voluntariness issue). It is further ordered that the judge of the 24th District Court thereafter: (1) prepare written findings of fact and conclusions of law in compliance with article 38.22, section 6 of the code of criminal procedure; (2) cause them to be included in a supplemental clerk's record, (3) cause the hearing to be transcribed and included in a supplemental reporter's record; (4) and forward the supplemental records to the Clerk of this Court within thirty days of the hearing. *See* TEX. CODE CRIM. PROC. ANN. art. 38.22, § 6.

Upon receipt of the supplemental record, this cause will be reinstated and resubmitted for further consideration by the Court upon the original briefs filed by the parties, unless prior permission for supplementation of the same is requested and granted.

IT IS SO ORDERED.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed the 1st
day of September, 2015.